IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, <br><br> *Plaintiff,* <br><br> vs. <br><br> RELIANCE LITIGATION, LLC, <br> MBW ADVISORS, INC, <br> ELISA KIM, <br> SUNNY HWANG, <br> BELL LEGAL GROUP, LLC, <br> P&M LAW FIRM (PR), LLC, <br> WILLIAM G. PINTAS, and <br> DAVIS, BETHUNE & JONES, LLC, <br><br> *Defendants.* | Case No. 1:23-cv-01372 <br><br> Judge Sharon Johnson Coleman <br> Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses Defendants Bell Legal Group, LLC, P&M Law Firm (PR), LLC, William G. Pintas, and Davis, Bethune & Jones, LLC, with prejudice.

Defendants Reliance Litigation, LLC, MBW Advisors, Inc, Elisa Kim, and Sunny Hwang remain parties to this case.

Respectfully submitted,

Dated: March 16, 2023                                         /s/ Jorge Alejandro Rojas

                                                                          Jorge Alejandro Rojas
                                                                          557 Cambridge Way
                                                                          Bolingbrook, IL 60440
                                                                          Rojas.jorge96@gmail.com
                                                                          424-219-1582
                                                                          Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

Plaintiff will send a copy of this filing to counsel for Defendants via electronic mail.

/s/ Jorge Alejandro Rojas

Jorge Alejandro Rojas