Civil Action No.    1:23-CV-01372

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **JAMES RYDER INTERACTIVE, LLC**
was recieved by me on **4/04/2023:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Jeff Pomerantz**, who is designated by law to accept service of process on behalf of **JAMES RYDER INTERACTIVE, LLC** at **1430 South Federal Highway suite 302, Deerfield Beach, FL 33441** on **04/06/2023 at 12:50 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   04/06/2023

*Server's signature*

**Robert Buckley**
*Printed name and title*

**3513 S Federal Hwy
Apt C
Boynton Beach, FL 33435**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Jeff Pomerantz who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**





Tracking #: **0104196761**