IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, <br><br> *Plaintiff,* <br><br> vs. <br><br> JAMES RYDER INTERACTIVE, LLC, ALEC DENORCHIA, and ADAM F WEIL aka ADAM WEIL, <br><br> *Defendants.* | Case No. 1:23-cv-01372 <br><br> Judge Sharon Johnson Coleman <br> Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses Defendants James Ryder Interactive, LLC, Alec Denorchia, and Adam F Weil aka Adam Weil, with prejudice. All Defendants have now been dismissed.

Respectfully submitted,

Dated: April 25, 2023                                          /s/ Jorge Alejandro Rojas

                                                                                                   Jorge Alejandro Rojas
                                                                                                   557 Cambridge Way
                                                                                                   Bolingbrook, IL 60440
                                                                                                   Rojas.jorge96@gmail.com
                                                                                                   424-219-1582
                                                                                                   Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

Plaintiff will send a copy of this filing to counsel for Defendants via electronic mail.

                                                                                                /s/ Jorge Alejandro Rojas

                                                                                                Jorge Alejandro Rojas